# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 6, 2024

## NO. 03-22-00378-CV

**Jason Murray Davis and Davis & Santos, P.C., Appellants**

**v.**

**Graham Weston, Carowest Land Ltd.; Graham Weston as Trustee of Countyline Land Trust; and Kuehler Road, LLC f/k/a Kuehler Road, Ltd., Appellees**

## APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
## AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the interlocutory order signed by the trial court on June 20, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's interlocutory order. Therefore, the Court affirms the trial court's interlocutory order. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.